UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| ANDREW COLWELL, | Docket No. 1:18-cv-2784 |
| Plaintiff, | |
| - against - | JURY TRIAL DEMANDED |
| ELEVEN CREATIVE SERVICES, | |
| Defendant. | |

# COMPLAINT

Plaintiff Andrew Colwell ("Colwell" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Eleven Creative Services ("Eleven Creative Services" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act and for the removal and/or alteration of copyright management information under Section 1202(b) of the Digital Millennium Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photographs of the Denver Mini Derby, owned and registered by Colwell, a Denver based professional photographer. Accordingly, Colwell seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in Colorado.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Colwell is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 369 South Pennsylvania Street, Denver, CO 80209.

6. Upon information and belief, Eleven Creative Services is a foreign business corporation duly organized and existing under the laws of the State of Colorado, with a place of business at 220 W 5th Ave, Denver, CO 80204. Upon information and belief Eleven Creative Services is registered with the Colorado Department of State Division of Corporations to do business in the State of Colorado. At all times material, hereto, Eleven Creative Services has owned and operated a website at the URL: www.denverminiderby.com (the "Website").

## STATEMENT OF FACTS

**A. Background and Plaintiff's Ownership of the Photographs**

7. Colwell photographed the Denver Mini Derby (the "Photographs"). A true and correct copy of these Photographs are attached hereto as Exhibit A.

8. Colwell then licensed these Photographs to The Know. On May 6, 2017 The Know ran an article that featured the Photograph titled *Photos: Miniature horses, corgis race at the Denver Mini Derby*. See URL https://theknow.denverpost.com/2017/05/06/photos-denver-mini-derby-stanley-marketplace-2017/143528/. Colwell's name was featured in a gutter credit identifying him as the photographer of these Photographs. A true and correct copy of the article is attached hereto as Exhibit B.

9. Colwell is the author of the Photographs and has at all times been the sole owner of all right, title and interest in and to the Photographs, including the copyright thereto.

10. The Photographs were registered with the United States Copyright Office and was given registration number VA 2-103-830 and titled "5.6.2017_DENVERMINIDERBY_1AC8234.JPG" and "5.6.2017_DENVERMINIDERBY_1AC8153." See Exhibit C.

**B.  Defendant's Infringing Activities**

11. On or about May of 2018, Eleven Creative Services created a sign-up webpage to register people for the following Mini Derby on the Website titled *THE DENVER MINI DERBY RSVP NOW for 2019.* See URL https://www.denverminiderby.com/rsvp/. The Website prominently featured the Photographs. A copy of the Photograph on the Website are attached hereto as Exhibit D.

12. Eleven Creative Services did not license these Photographs from Plaintiff for its article, nor did Eleven Creative Services have Plaintiff's permission or consent to publish the Photograph on its Website.

**FIRST CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)**
**(17 U.S.C. §§ 106, 501)**

13. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

14. Eleven Creative Services infringed Plaintiff's copyright in these Photographs by reproducing and publicly displaying the Photographs on the Website. Eleven Creative Services is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

15. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16. Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

17. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

### SECOND CLAIM FOR RELIEF
### INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION AGAINST DEFENDANT
### (17 U.S.C. § 1202)

18. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-17 above.

19. Upon information and belief, in its article on the Website, Defendant copied the Photograph from The Know which contained a gutter credit underneath the Photograph stating "Andy Colwell" and placed it on its Website without the gutter credit.

20. Upon information and belief, intentionally and knowingly removed copyright management information identifying Plaintiff as the photographer of the Photograph.

21. The conduct of Eleven Creative Services violates 17 U.S.C. § 1202(b).

22. Upon information and belief, Eleven Creative Services' falsification, removal and/or alteration of the aforementioned copyright management information was made without the knowledge or consent of Plaintiff.

23. Upon information and belief, the falsification, alteration and/or removal of said copyright management information was made by Eleven Creative Services intentionally, knowingly and with the intent to induce, enable, facilitate, or conceal their infringement of Plaintiff's copyright in the Photograph. Eleven Creative Services also knew, or should have known, that such falsification, alteration and/or removal of said copyright management information would induce, enable, facilitate, or conceal their infringement of Plaintiff's copyright in the Photograph.

24. As a result of the wrongful conduct of Eleven Creative Services as alleged herein, Plaintiff is entitled to recover from Eleven Creative Services the damages, that he sustained and will sustain, and any gains, profits and advantages obtained by Eleven Creative Services because of their violations of 17 U.S.C. § 1202, including attorney's fees and costs.

25. Alternatively, Plaintiff may elect to recover from Eleven Creative Services statutory damages pursuant to 17 U.S.C. § 1203(c) (3) in a sum of at least $2,500 up to $25,000 for each violation of 17 U.S.C. § 1202.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Eleven Creative Services be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. The Defendant Eleven Creative Services be adjudged to have falsified, removed and/or altered copyright management information in violation of 17 U.S.C. § 1202.

3. That Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

4. That, with regard to the Second Claim for Relief, Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's falsification, removal and/or alteration of copyright management information; or b) alternatively, statutory damages of at least $2,500 and up to $ 25,000 for each instance of false copyright management information and/or removal or alteration of copyright management information committed by Defendant pursuant to 17 U.S.C. § 1203(c);

5. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

6. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 1203(b);

7. That Plaintiff be awarded punitive damages for copyright infringement;

8. That Plaintiff be awarded attorney's fees and costs;

9. That Plaintiff be awarded pre-judgment interest; and

10. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
October 30, 2018

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Andrew Colwell*