# EXHIBIT D





THE DENVER MINI DERBY

HOME     PHOTOS     RSVP FOR 2019     GET INVOLVED

# RSVP FOR 2019



## RSVP

### Join our newsletter for Mini Derby 2019 presale!

Name *

First Name     Last Name

Email *

Phone *

|        |     |      |
|--------|-----|------|
| (###)  | ### | #### |

Message

How can we help?

S U B M I T

Thank you to our sponsors!












For more information, please contact info@elevencreativeservices.com.

For sponsor or vendor inquiries contact emily@elevencreativeservices.com
















