December 21st 2018
Eleven Creative Services LLC
Denver, CO

```
        FILED
   U.S. DISTRICT COURT
   DISTRICT OF COLORADO

   2018 DEC 21  PM 2:10

   JEFFREY P. COLWELL
          CLERK

BY_____DEP. CLK
```

**United States District Court
for the
District of Colorado**

**Defendant in Civil Action No. 1:18-cv-2784-CMA**

Defendant: Eleven Creative Services LLC
Served: December 3rd 2018

Plaintiff: Andrew Colwell
Represented by:
Richard Liebowitz
11 Sunshine Plaza, Suite 305
Valley stream, NY 11580

**Answer to summons in civil action:
Motion for 30 day extension**

Your honor,

In an interest of the court's valuable time we are preparing a case to dismiss the complaint and request more time in that preparation with the Plaintiff and litigation. We believe this is in the best interest of all parties to avoid any frivolous lawsuit countersuit. 30 additional days would give sufficient time to address this matter.

_____
Eleven Creative Services LLC

12/21/18
Date