December 24th 2018
Eleven Creative Services LLC
15795 W 94th Ave
Arvada, CO 80007

```
              FILED
       U.S. DISTRICT COURT
       DISTRICT OF COLORADO

       2018 DEC 24  PM 4:48

       JEFFREY P. COLWELL
              CLERK

       BY_____DEP. CLK
```

## United States District Court
### for the
### District of Colorado

### Defendant in Civil Action No. 1:18-cv-2784-CMA

Defendant: Eleven Creative Services LLC
Served: December 3rd 2018

Plaintiff: Andrew Colwell
Represented by:
Richard Liebowitz
11 Sunshine Plaza, Suite 305
Valley stream, NY 11580

### Answer to summons in civil action:

### Dispute of Claims in Complaint

The claim of Plaintiff Andrew Colwell ("Colwell" of Plaintiff) against Eleven Creative Services ("Eleven Creative Services" or "Defendant") is fundamentally ignoring or forgetting the permission granted to the Defendant to use and own the source material.

### Statement of Facts:

The Defendant owns, was given via a trade in-kind("trade"), the use of all pictures contained in Exhibit A, for use in future marketing and other purposes as shown in exhibit B.
The Plaintiff granted ownership and permission to use the pictures when entering the private and ticketed event with a complimentary Media Pass and drink tickets of significant retail value.
The Plaintiff gave verbal confirmation to two parties at the entrance of the venue when identifying himself as a photographer with The Denver Post and needing a complimentary media pass, access to the private/secure venue and multiple drink tickets.
The multiple representatives of the Defendant verbally confirmed with the Plaintiff he understood the trade, discussed best shooting locations, and timeline of the event before allowing him access to the private/ticketed event with gated and security monitored access.

### Proposed Resolution

In the interest of the courts time and in an effort to resolve this matter, the Defendant proposes a solution. Since the Plaintiff has chosen not to honor the verbally confirmed with witness "handshake" agreement of a trade: Media access to the private event in exchange for use of the

pictures, the Defendant is seeking the monetary compensation of the media pass/drink tickets(approximately $200) minus the going market rate of photos. The market rate was previously and fairly determined by the Plaintiff. The Plaintiff sold the rights to publish the photos on the social media and the internet via The Denver Post and its subsidiary "The Know" for an estimated $80-$120. Without any obligation to do so and without admitting any fault, the Defendant has deleted the photos from social media until this is resolved. In exchange for the signed formal agreement of the use of the photos and compensation to the Defendant for the difference between the monetary value in the trade between the access provided and the photos being used.

_____
Eleven Creative Services LLC representative

12/24/18
_____
Date

Address:
Eleven Creative Services LLC
15795 W 94th Ave
Arvada, CO 80007

Phone Number:
720-500-3409
Alternate:
901-270-0121