# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ANDREW COLWELL, ) | |
| ) | |
| Plaintiff / Counter-Defendant ) | Civil Action File No. |
| ) | 1:18-cv-2784-CMA-STV |
| ) | |
| ) | |
| ELEVEN CREATIVE SERVICES LLC, ) | |
| ) | |
| Defendant / Counterclaimant ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, plaintiff/counter-defendant Andrew Colwell ("Plaintiff") asserted claims against defendant/counterclaimant Eleven Creative Services LLC ("Defendant") for copyright infringement and violation of section 1202(b) of the Digital Millennium Copyright Act [Dkt. #1] (collectively, "Plaintiff's Claims");

WHEREAS, Plaintiff seeks to voluntarily dismiss Plaintiff's Claims;

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff and Defendant, through their undersigned attorneys, that the Plaintiff's Claims are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated:  July 31, 2019                                        Dated:  July 31, 2019

| | |
|---|---|
| /s/Richard Liebowitz | /s/Jessie Pellant |
| Richard Liebowitz | Jessie Laura Pellant |
| LIEBOWITZ LAW FIRM, PLLC | STUDIO IP LAW |
| 11 Sunrise Plaza, Suite 301 | 600 17th Street, Suite 2800 |
| Valley Stream, NY 11580 | Denver, CO 80202 |
| (516) 233-1660 | (720) 443-1773 |
| *Attorneys for Plaintiff Andrew Colwell* | *Attorneys for Defendant Eleven Creative Services LLC* |

**SO ORDERED:**

_____
Christine M. Arguello (U.S.D.J.)

2