EXHIBIT A

# Client Activity Report (08/12/2019)

Dates: 10/01/2018 - 08/11/2019

Eleven Creative Services

00120-Eleven Creative Services: Andrew Colwell v. Eleven Creative Services (StudioIP Law, LLC)

| Date | Status | User | Description | Note | Quantity | Price | Total |
|---|---|---|---|---|---|---|---|
| 07/31/2019 | Billed | Matt Williamson | | Receive and review opposing counsel's proposed dismissal; discuss options and next steps with P. Culligan; respond to opposing counsel requesting they add a dismissal of the counterclaims to the proposed stipulation. | 0.40 | $275.00 | $110.00 |
| 07/31/2019 | Billed | StudioIP Law, LLC | | Investigate supportive case law regarding attorney fees awards in copyright cases; begin draft of motion for attorney fees laying out facts supportive of an award | 2.60 | $300.00 | $780.00 |
| 07/31/2019 | Billed | StudioIP Law, LLC | | Discuss dismissal proposition with M. Williamson; response and advise as to counsel with P. Culligan regarding the same | 0.40 | $300.00 | $120.00 |
| 07/29/2019 | Billed | StudioIP Law, LLC | | Correspond with R. Liebowitz regarding possible dismissal terms and negotiations following depositions | 0.30 | $300.00 | $90.00 |
| 07/29/2019 | Billed | StudioIP Law, LLC | | Attend, defend and take depositions on behalf of 11creative; lead time for preparing exhibits; receive and analyze documentation received; email counsel regarding upcoming disclosure | 9.50 | $300.00 | $2,850.00 |
| 07/29/2019 | Billed | Matt Williamson | | Attend, take, and defend depositions | 8.50 | $275.00 | $2,337.50 |
| 07/29/2019 | Billed | StudioIP Law, LLC | | Conference room day rental for deposition | 1.00 | $270.00 | $270.00 |
| 07/29/2019 | Billed | StudioIP Law, LLC | | Overnight Federal Express shipping from Tenessee | 1.00 | $109.00 | $109.00 |
| 07/28/2019 | Billed | StudioIP Law, LLC | | Calls with P. Culligan regarding deposition and possible document discovery; draft outline and prepare exhibits for deposition Monday | 3.20 | $300.00 | $960.00 |
| 07/28/2019 | Billed | StudioIP Law, LLC | | Call with L. Spruce and P. Culligan in furtherance of deposition preparation | 0.50 | $0.00 | $0.00 |
| 07/27/2019 | Billed | StudioIP Law, LLC | | Correspond with P. Culligan regarding discovery and possible boxes found with relevant documentation | 0.30 | $0.00 | $0.00 |
| 07/25/2019 | Billed | StudioIP Law, LLC | | Review and discuss discovery documentation disclosed with M. Williamson | 0.70 | $0.00 | $0.00 |
| 07/25/2019 | Billed | Matt Williamson | | Receive and review discovery documents from opposing counsel sent 7/24 | 0.20 | $275.00 | $55.00 |

| Date | Status | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/25/2019 | Billed | StudioIP Law, LLC | Meet with L. Spruce and P. Culligan of 11Creative regarding depositions for 4 hours; email regarding big picture items and investigate cases supportive of position | 6.10 | $300.00 | $1,830.00 |
| 07/25/2019 | Billed | Matt Williamson | Deposition prep meeting with P. Culligan and L. Spruce | 4.00 | $275.00 | $1,100.00 |
| 07/24/2019 | Billed | Matt Williamson | Draft claims and defenses outline for use during depositions/prep . | 1.50 | $275.00 | $412.50 |
| 07/23/2019 | Billed | Matt Williamson | Receive and review responsive discovery documents from opposing counsel; Gather and prepare (bates number) Mini derby attendee documentation for third set of supplemental disclosures; Draft email to opposing counsel requesting an update on documents yet to be disclosed, confirming deposition details, and delivering said supplemental disclosures | 1.10 | $275.00 | $302.50 |
| 07/19/2019 | Billed | StudioIP Law, LLC | Call with P. Culligan regarding case; status, strategy and pending depositions | 0.80 | $0.00 | $0.00 |
| 07/18/2019 | Billed | Matt Williamson | Send 11Creative's Second Set of Supplemental Disclosures to opposing counsel | 0.10 | $275.00 | $27.50 |
| 07/18/2019 | Billed | Matt Williamson | Email L. Spruce and P. Culligan regarding any other emails sent containing the photographs | 0.10 | $0.00 | $0.00 |
| 07/16/2019 | Billed | Matt Williamson | Draft Second Set of Supplemental Disclosures doc and bates number the corresponding responsive documents | 0.50 | $275.00 | $137.50 |
| 07/16/2019 | Billed | Matt Williamson | Rspond to L. Spruce via email regarding deposition preparations | 0.20 | $0.00 | $0.00 |
| 07/15/2019 | Billed | Matt Williamson | Correspond with opposing counsel inquiring into the status of yet to be produced documents and deposition notices. | 0.60 | $275.00 | $165.00 |
| 07/12/2019 | Billed | Matt Williamson | Receive and review Plaintiff's document production and response to the second set of interrogatories; draft email/letter to opposing counsel regarding deficiencies in their discovery responses and serving notice of deposition to Andrew Colwell | 0.80 | $275.00 | $220.00 |
| 07/10/2019 | Billed | Matt Williamson | Draft Notice of Deposition of Andrew Colwell and consent letter regarding representation of iHeart Media | 0.80 | $275.00 | $220.00 |
| 07/08/2019 | Billed | Matt Williamson | Respond to opposing counsel regarding filing of the proposed protective order. | 0.10 | $275.00 | $27.50 |
| 07/02/2019 | Billed | Matt Williamson | Correspond with opposing counsel regarding deposition scheduling on July 29th | 0.10 | $275.00 | $27.50 |
| 06/27/2019 | Billed | Matt Williamson | Call with P. Culligan and L. Spruce regarding Colwell's settlement offer | 0.80 | $0.00 | $0.00 |

| Date | Status | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/27/2019 | Billed | Matt Williamson | Draft response email to opposing counsel regarding Mr. Colwell's settlement offer, 11C's counter offer, and requesting dates for Mr. Colwell's deposition. | 0.50 | $275.00 | $137.50 |
| 06/14/2019 | Billed | Matt Williamson | Email opposing counsel requesting an update on the revised Protective Order and our document requests. | 0.10 | $275.00 | $27.50 |
| 06/07/2019 | Billed | Matt Williamson | Draft Defendant's Second Set of Interrogatory Requests document; send to opposing counsel | 0.40 | $275.00 | $110.00 |
| 05/30/2019 | Billed | Matt Williamson | Send redlined proposed Protective Order to opposing counsel for review. | 0.10 | $275.00 | $27.50 |
| 05/28/2019 | Billed | Matt Williamson | Email opposing counsel requesting their initial disclosure supporting documents. | 0.10 | $0.00 | $0.00 |
| 05/28/2019 | Billed | Matt Williamson | Receive and review proposed Protective Order from opposing counsel. Revise per notes from J. Pellant | 0.70 | $275.00 | $192.50 |
| 05/27/2019 | Billed | StudioIP Law, LLC | Analyze discovery responses received from Plaintiff; plan out last interrogatory to request from Plaintiff | 0.60 | $300.00 | $180.00 |
| 05/23/2019 | Billed | Matt Williamson | email notes and responses to defendant's discovery responses to J. Pellant in preparation for response letter; follow-up email to L. Spruce regarding attendance sheets | 0.20 | $0.00 | $0.00 |
| 05/22/2019 | Billed | Matt Williamson | Make notes for responses to each objection or deficiently answered discover response. Begin letter to opposing counsel regarding said deficiencies. | 1.80 | $275.00 | $495.00 |
| 05/21/2019 | Billed | Matt Williamson | Receive and review Plaintiff's responses to Defendant's discovery requests; begin preparing responses to Plaintiff's objections | 0.90 | $275.00 | $247.50 |
| 05/21/2019 | Billed | Matt Williamson | Email P. Culligan requesting 2017 Mini Derby attendance records | 0.10 | $0.00 | $0.00 |
| 05/02/2019 | Billed | Matt Williamson | Investigate potential of a motion for summary judgement based on section 412 of the copyright act. | 0.60 | $275.00 | $165.00 |
| 04/24/2019 | Billed | Matt Williamson | Correspond with opposing counsel regarding deposition scheduling and timely notices of deposition | 0.50 | $275.00 | $137.50 |
| 04/16/2019 | Billed | Matt Williamson | Correspond with P. Culligan and opposing counsel regarding deposition scheduling. | 0.30 | $275.00 | $82.50 |
| 04/12/2019 | Billed | Matt Williamson | Gather and bates no. document discovery. Finalize responses to first set of discovery requests. Send Discovery documents and supplemental disclosures to opposing counsel | 2.10 | $275.00 | $577.50 |
| 04/12/2019 | Billed | StudioIP Law, LLC | Review and revise responses to discovery; provide objections and responses | 2.70 | $300.00 | $810.00 |
| 04/10/2019 | Billed | Matt Williamson | Correspond with Lacey regarding information and documentation needed for discovery responses. Continue preparing the responses and send drafts to J. Pellant for input. | 0.40 | $275.00 | $110.00 |

| Date | Status | Person | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/09/2019 | Billed | Matt Williamson | Review Plaintiff's Document Requests and begin drafting Response to Plaintiff's First Set of Requests for Document Production | 1.90 | $275.00 | $522.50 |
| 04/08/2019 | Billed | Matt Williamson | Email Patrick and Lacey asking for a Document Request update | 0.10 | $0.00 | $0.00 |
| 04/08/2019 | Billed | Matt Williamson | Review Patrick and Lacey's responses to First Set of Interrogatories and begin drafting the official response document. | 1.10 | $275.00 | $302.50 |
| 04/05/2019 | Billed | Matt Williamson | Call w P. Culligan regarding answers to discovery requests and depositions. | 0.20 | $0.00 | $0.00 |
| 04/05/2019 | Billed | Matt Williamson | Respond to L. Spruce's website question for Interrogatory responses and inquire into status of deposition scheduling efforts. | 0.10 | $0.00 | $0.00 |
| 04/05/2019 | Billed | StudioIP Law, LLC | Revise and review requests for discovery keeping in mind strategy and overall positioning | 1.20 | $300.00 | $360.00 |
| 04/05/2019 | Billed | Matt Williamson | Finalize Defendant's First Set of Interrogatory and Document Requests; Draft Defendant's First Set of Admission Requests; Send all discovery requests to opposing counsel | 2.50 | $275.00 | $687.50 |
| 04/04/2019 | Billed | StudioIP Law, LLC | Revise and edit first set of discovery requests, first set of interrogatories and draft first set of admissions for review and editing by M. Williamson | 1.20 | $300.00 | $360.00 |
| 04/02/2019 | Billed | Matt Williamson | Finish first draft of Defendant's First Sets of Interrogatory Requests and Document Production Requests. Send to J. Pellant for review. | 0.60 | $275.00 | $165.00 |
| 04/01/2019 | Billed | Matt Williamson | Continue drafting Defendant's First Requests for Document Production. | 0.60 | $275.00 | $165.00 |
| 03/27/2019 | Billed | Matt Williamson | Begin drafting Defendant's First Set of Interrogatories and Document Requests. | 1.00 | $275.00 | $275.00 |
| 03/27/2019 | Billed | Matt Williamson | Correspond with opposing counsel to request A. Colwell's availability for deposition | 0.10 | $275.00 | $27.50 |
| 03/27/2019 | Billed | Matt Williamson | Call with P. Culligan to confirm that we are to draft and send Defendant's Interrogatory and document production requests | 0.10 | $0.00 | $0.00 |
| 03/26/2019 | Billed | Matt Williamson | Receive and review Plaintiff's Answer to the Counterclaim | 0.30 | $275.00 | $82.50 |
| 03/21/2019 | Billed | StudioIP Law, LLC | Call with P. Culligan regarding strategy | 0.30 | $0.00 | $0.00 |
| 03/21/2019 | Billed | Matt Williamson | Strategy call with P. Culligan | 0.50 | $275.00 | $137.50 |
| 03/20/2019 | Billed | StudioIP Law, LLC | Review initial disclosures; receive initial disclosures and review their documents | 0.20 | $300.00 | $60.00 |

| Date | Status | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/20/2019 | Billed | Matt Williamson | Receive and review Plaintiff's Initial Disclosures, as well as Interrogatories, document requests and deposition notices. | 0.50 | $275.00 | $137.50 |
| 03/13/2019 | Billed | Matt Williamson | Bates number and prepare license price email and VIP/Media admission price list for inclusion with Initial Disclosures | 0.20 | $275.00 | $55.00 |
| 03/12/2019 | Billed | Matt Williamson | Finish Initial Disclosures document draft and email P. Culligan requesting the Colwell price list and screenshots showing the price of VIP/Media tickets for the 2017 Mini Derby for inclusion with Initial Disclosures. | 0.30 | $275.00 | $82.50 |
| 03/11/2019 | Billed | Matt Williamson | Review Scheduling Order from the court and calendar all upcoming deadlines. | 0.40 | $275.00 | $110.00 |
| 03/07/2019 | Billed | Matt Williamson | Update and continue drafting Initial Disclosures document | 0.30 | $275.00 | $82.50 |
| 03/06/2019 | Billed | Matt Williamson | Gather Affidavits and add bates numbering for submission with Initial Disclosures document | 0.20 | $275.00 | $55.00 |
| 03/05/2019 | Billed | Matt Williamson | Begin drafting Initial Disclosures document | 1.40 | $275.00 | $385.00 |
| 03/05/2019 | Billed | Matt Williamson | Email P. Culligan and L. Spruce regarding Initial Disclosures, inquiring into any other relevant persons or documents to be disclosed. | 0.20 | $275.00 | $55.00 |
| 03/04/2019 | Billed | StudioIP Law, LLC | File Notice of filing and Amended Answer and Counterclaim with the District Court | 0.30 | $300.00 | $90.00 |
| 03/01/2019 | Billed | StudioIP Law, LLC | Attend scheduling conference call; finalize documents for filing | 0.80 | $300.00 | $240.00 |
| 02/28/2019 | Billed | Matt Williamson | Revise Amended Answer and Complaint based on review and feedback by P. Culligan | 0.50 | $0.00 | $0.00 |
| 02/28/2019 | Billed | Matt Williamson | Revise Affidavits based on P. Culligan's feedback and send PDF versions to all witnesses for signature | 0.40 | $0.00 | $0.00 |
| 02/27/2019 | Billed | Matt Williamson | Finalize Amended Complaint and add Affidavits and exhibits and references to those exhibits | 1.00 | $0.00 | $0.00 |
| 02/27/2019 | Billed | StudioIP Law, LLC | Edit and amend Answer and Counterclaim | 3.10 | $0.00 | $0.00 |
| 02/26/2019 | Billed | Matt Williamson | Draft Affidavit of Alexis Alvis and correspond with A. Alvis regarding the same | 0.40 | $0.00 | $0.00 |
| 02/22/2019 | Billed | StudioIP Law, LLC | Call with opposing counsel regarding 26(f) conference discuss settlement possibilities; claims and defenses; his amendments to order; edit proposed order and send for filing | 0.50 | $0.00 | $0.00 |
| 02/22/2019 | Billed | Matt Williamson | Receive, review and revise Proposed Scheduling Order drafted by opposing counsel. | 0.60 | $0.00 | $0.00 |

| Date | Status | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/22/2019 | Billed | StudioIP Law, LLC | Revise Amended Answer | 1.50 | $0.00 | $0.00 |
| 02/21/2019 | Billed | Matt Williamson | Email opposing counsel inquiring about the status of the proposed joint scheduling order. | 0.10 | $0.00 | $0.00 |
| 02/21/2019 | Billed | Matt Williamson | Revise and finalize Declaration of Patrick Culligan for submission with Amended Answer and Counterclaim | 0.20 | $0.00 | $0.00 |
| 02/20/2019 | Billed | Matt Williamson | revise and finalize Spruce, Horton, Locke, and Salberg affidavits/decla rations | 0.70 | $0.00 | $0.00 |
| 02/19/2019 | Billed | Matt Williamson | Call M. Horton to gather information in order to draft affidavit/declar ation | 0.30 | $0.00 | $0.00 |
| 02/19/2019 | Billed | Matt Williamson | Draft affidavit based on conversation with Matthew Horton regarding his arrangement during the 2018 Mini Derby and industry standards | 0.30 | $0.00 | $0.00 |
| 02/15/2019 | Billed | Matt Williamson | Draft Notice of Unnopposed Amended Answer and Counterclaim for submission to the court | 0.40 | $0.00 | $0.00 |
| 02/15/2019 | Billed | Matt Williamson | Finish draft of Amended Answer and Counterclaim. Send to J. Pellant for review | 2.40 | $0.00 | $0.00 |
| 02/15/2019 | Billed | Matt Williamson | Phone call with E. Salberg regarding her recollection of the Mini Derby event as well as standard practice trades in the event industry. Draft Declaration of the same for signature and submission with the Amended Answer | 0.40 | $0.00 | $0.00 |
| 02/15/2019 | Billed | Matt Williamson | Draft Declaration of P. Culligan for submission with Amended Answer | 0.30 | $0.00 | $0.00 |
| 02/13/2019 | Billed | Matt Williamson | Continue drafting Amended Answer and Counterclaim | 0.70 | $0.00 | $0.00 |
| 02/13/2019 | Billed | Matt Williamson | Investigate DMCA claim and gather case law regarding relevant defenses in preparation for drafting Amended Answer | 0.30 | $275.00 | $82.50 |
| 02/13/2019 | Billed | Matt Williamson | Call with P. Culligan | 0.30 | $0.00 | $0.00 |
| 02/13/2019 | Billed | StudioIP Law, LLC | Meeting with P. Culligan regarding case; counsel regarding options; gather facts to support defense | 1.00 | $0.00 | $0.00 |
| 02/13/2019 | Billed | Matt Williamson | Phone calls with L. Spruce and S. Locke regarding their recollection of the conversation with Plaintiff and standard industry and 11Creative practices. Draft affidavits reflecting their accounts and send to J. Pellant for review and input based on her notes from phone calls with them | 1.00 | $275.00 | $275.00 |
| 02/13/2019 | Billed | Matt Williamson | In office meeting with P. Culligan and J. Pellant regarding facts and strategy for Affidavits and Amended Answer | 1.00 | $275.00 | $275.00 |

| Date | Status | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/12/2019 | Billed | Matt Williamson | Draft email to photographer Matt Horton to set up a short call to discuss his agreement with 11Creative and common business practices regarding oral licenses. | 0.10 | $275.00 | $27.50 |
| 02/12/2019 | Billed | Matt Williamson | Pull relevant case law regarding oral copyright licenses as well as potential fair use, co-authorship and license arguments as a defense and/or grounds for a motion to dismiss and discuss findings and strategy with J. Pellant | 1.70 | $275.00 | $467.50 |
| 02/11/2019 | Billed | Matt Williamson | Investigate Copyright Infringement Claim asserted against Eleven Creative; pull evidence supporting defenses | 1.70 | $275.00 | $467.50 |
| 02/11/2019 | Billed | Matt Williamson | Email Patrick regarding details for his affidavit and requesting contact info for Matthew Horton | 0.10 | $275.00 | $27.50 |
| 02/11/2019 | Billed | Matt Williamson | Continue drafting Amended Answer | 0.30 | $275.00 | $82.50 |
| 02/07/2019 | Billed | Matt Williamson | Continue drafting Amended Answer and begin counterclaim | 2.00 | $275.00 | $550.00 |
| 02/06/2019 | Billed | Matt Williamson | Begin drafting Amended Answer | 0.70 | $275.00 | $192.50 |
| 02/05/2019 | Billed | Matt Williamson | Call w/ P. Culligan | 0.10 | $0.00 | $0.00 |
| 02/05/2019 | Billed | Matt Williamson | Call with Judge Varholak's chambers regarding procedure for filing the Amended Answer; and converse with opposing counsel regarding filing the Amended Answer Unopposed. | 0.50 | $275.00 | $137.50 |
| 02/04/2019 | Billed | StudioIP Law, LLC | Call with P. Cullingan regarding strategy and update on case status | 0.60 | $300.00 | $180.00 |
| 02/04/2019 | Billed | Matt Williamson | Investigate and pull local rules and civil practice standards fo the US District Court for the District of Colorado. Investigate deadlines to Answer/Amend after Entry of Appearance and review instructions for Proposed Scheduling Order | 1.00 | $275.00 | $275.00 |
| 01/31/2019 | Billed | StudioIP Law, LLC | Receive notice of filing by the Court vacating scheduling conference and moving the deadline for proposed scheduling order | 0.30 | $300.00 | $90.00 |
| 01/29/2019 | Billed | StudioIP Law, LLC | Follow up with opposing counsel regarding scheduling order and notice of appearance | 0.30 | $300.00 | $90.00 |
| 01/28/2019 | Billed | StudioIP Law, LLC | File Entry of Appearance; review Complaint and Answer; strategize possible supplemental Answer and communicate regarding information requested for possible Answer | 1.10 | $300.00 | $330.00 |
| 01/25/2019 | Billed | Matt Williamson | Draft and submit Entry of Appearance with the US District Court for the District of Colorado | 1.00 | $275.00 | $275.00 |
| 01/25/2019 | Billed | Matt Williamson | Contact opposing counsel over the phone and send email to opposing counsel informing them of our entry of appearance and | 0.50 | $275.00 | $137.50 |

| Date | Status | Attorney/Firm | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | requesting a 30 day extension for upcoming deadlines. | | | |
| 01/24/2019 | Billed | Matt Williamson | Call w/ P. Culligan | 0.30 | $0.00 | $0.00 |
| 01/24/2019 | Billed | Matt Williamson | Initial call with P. Culligan | 1.00 | $0.00 | $0.00 |
| 01/24/2019 | Billed | Matt Williamson | Find and review case documents (complaint, answer, etc.) filed prior to entry of appearance | 0.70 | $275.00 | $192.50 |
| | | | **Billed Total:** | | | **104.30 hours, $24,044.00** |
| 08/11/2019 | Unbilled | StudioIP Law, LLC | Copy of deposition transcripts for P. Culligan and L. Spruce from Hansen & Company Inc. Court Reporting | 1.00 | $334.25 | $334.25 |
| 08/11/2019 | Unbilled | StudioIP Law, LLC | Court reporting and certified copy of the deposition of A. Culligan | 1.00 | $337.50 | $337.50 |
| 08/09/2019 | Unbilled | Matt Williamson | Revise Motion for Attorneys Fees and Costs with relevant portions of depositions and case law | 1.90 | $275.00 | $522.50 |
| 08/06/2019 | Unbilled | Matt Williamson | Receive and review deposition transcripts for accuracy; Highlight relevant portions for inclusion in Motion for Fees; Send copies of transcripts for review by L. Spruce and P. Culligan, as well as Certification of Deponents for signature | 0.90 | $275.00 | $247.50 |
| 08/01/2019 | Unbilled | Matt Williamson | Receive and review notice of dismissal and case closure; contact Judge Arguello's chambers via phone and email to inquire into procedures for Motion for Attorneys Fees and Costs; Draft Motion For Award Of Attorneys' Fees and Costs | 3.50 | $275.00 | $962.50 |
| | | | **Unbilled Total:** | | | **6.30 hours, $2,404.25** |
| | | | **Matter Total:** | | | **110.60 hours, $26,448.25** |
| | | | **Client Total:** | | | **110.60 hours, $26,448.25** |
| | | | **Total:** | | | **110.60 hours, $26,448.25** |