EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-2784-CMA-STV

ANDREW COLWELL,

    Plaintiff,

v.

ELEVEN CREATIVE SERVICES LLC,

    Defendant.

---

## PELLANT DECLARATION

---

I, Jessie Laura Pellant, in accordance with 28 U.S.C. § 1746, state:

    1. I am over 18 years of age, of sound mind and otherwise competent to make this Affidavit. The evidence set out in the foregoing Affidavit is based on my personal knowledge.

    2. I am the founder and manager of StudioIP, a law firm that specializes in the practice of intellectual property law. This area of law includes the prosecution and litigation of copyrights. I am an attorney of record for the defendant in this action, Eleven Creative Services LLC (Eleven Creative) and I submit this Affidavit in support of Eleven Creative's motion for attorney fees and costs as the prevailing party in this matter.

    3. I received my J.D. from Gonzaga University School of Law in 2009 and specialized in receiving a legal education based on the practice of intellectual property law. The course load was weighted with classes involving this area of law. I graduated Cum Laude and clerked for the Honorable Judge Timothy Hansen of the 4th Judicial District of Idaho upon graduation.

    4. I worked for Lathrop & Gage, LLP, Dorsey & Whitney LLP, and Brownstein Hyatt Farber and Schreck all in the area of intellectual property and received excellent mentoring. StudioIP was founded 2 ½ years ago and since that time alone I have handled a significant amount of copyright cases, most of which settle out of court due to the nominal amount of money at issue.

    5. It is typical to see hourly rates for intellectual property, a specialized practice in the Denver area between $300-$600 per hour.  Associates at intellectual property firms

charge typically over $400 per hour with partners rates nearing $700 and more. At the time I left my position with Brownstein Hyatt Farber and Schreck my hourly rate as an associate at the firm was $475 per hour. My current hourly rate at StudioIP is $380 per hour.

    6. Eleven Creative is a new company and with funds tight StudioIP agreed to a discounted representation rate of $300 per hour for my work, and $275 per hour for my associate Matthew Williamson. I also agreed to oversee work conducted by Matthew Williamson with minimal to no cost to Eleven Creative in order to keep costs to Eleven Creative down.

    7. Eleven Creative's invoices from StudioIP will indicate some work completed at $0.00. This is because we tried not to bill for time spent on the phone with our client or what we deemed appropriate for discounting in order to reduce the cost of this litigation to our client.

    8. The fees and costs charged by StudioIP in this case are reasonable, necessary and appropriate and in line if not below average fees for intellectual property attorneys with a similar number of years of experience in the Denver, Colorado area.

    9. The total amount of hours charged to the client for attorney fees was 110.60 hours of legal defense work completed on behalf of Eleven Creative.

    10. The total amount of costs and fees charged to the client for the defense of Eleven Creative was $26,448.25 for the expenses and attorney time spent on the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on August 12, 2019

Signed: _____

Printed Name: Jessie Laura Pellant

Title: Managing Partner

Company: StudioIP Law, LLC

Cell: 208-340-9955

Office: 720-443-1773

Email: jpellant@studioiplaw.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-2784-CMA-STV

ANDREW COLWELL,

    Plaintiff,

v.

ELEVEN CREATIVE SERVICES LLC,

    Defendant.

---

### WILLIAMSON AFFIDAVIT

---

I, Matthew Williamson, being duly sworn, deposes and says:

    1. I am over 18 years of age, of sound mind and otherwise competent to make this Affidavit. The evidence set out in the foregoing Affidavit is based on my personal knowledge.

    2. I am an associate at StudioIP, a law firm that specializes in the practice of intellectual property law. This area of law includes the prosecution and litigation of copyrights. I am an attorney of record for the defendant in this action, Eleven Creative Services LLC (Eleven Creative) and I submit this Affidavit in support of Eleven Creative's motion for attorney fees and costs as the prevailing party in this matter.

    3. I received my J.D. from the University of Denver, Sturm College of Law after a career in advertising in Chicago and Colorado working on digital ad campaigns. I focused my legal education on intellectual property law and interned with Brownstein Hyatt Farber & Schreck during school and was a judicial fellow for the Honorable Judge Diego Hunt of the first judicial district of Colorado upon graduation.

    4. I have worked for StudioIP practicing solely intellectual property law for the past year and a half working on IP litigation as well as copyright and trademark prosecution matters.

    5. My current hourly rate at StudioIP is $315 per hour, but Eleven Creative was given a discounted rate of $275 per hour, in order to provide the startup company a competitive rate for their defense.

6. The time I spent on the case was reasonable and necessary to provide an adequate defense to Eleven Creative in this case.

7. Eleven Creative's invoices from StudioIP will indicate some work completed at $0.00. This is because we tried not to bill for time spent on the phone with our client or what we deemed appropriate for discounting in order to reduce the cost of this litigation to our client.

8. The fees and costs charged by StudioIP in this case are reasonable and in line if not below average fees for intellectual property attorneys with a similar number of years of experience in the Denver, Colorado area.

Signed: _____

Printed Name: Matthew Williamson

Title: Associate Attorney

Company: StudioIP Law

Cell: 720-352-9528

Office: 720-352-9528

Email: mwilliamson@studioiplaw.com

Sworn to before me this 12th day of August, 2019

_____
[NAME]
[Notary Public]
Denver           Colorado

11-07-2022

HUMBERTO MUNOZ JR
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144032522
MY COMMISSION EXPIRES 11/07/2022