EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-2784-CMA-STV

ANDREW COLWELL,

     Plaintiff,

v.

ELEVEN CREATIVE SERVICES LLC,

     Defendant.

_____

HORACE DECLARATION

_____

I, Stephen J. Horace, in accordance with 28 U.S.C. §1746, state:

1. I am over 18 years of age, of sound mind and otherwise competent to make this Declaration. The opinion and information set out in this Declaration is based on my personal knowledge.

2. I am a partner located in the Denver office of Michael Best & Friedrich L.L.P. I am a seasoned litigator with more than 30 years of experience advising and advocating for clients in the area of intellectual property law, including copyright law. I submit this Declaration in support of the reasonableness of StudioIP's claimed attorney fees in the above entitled matter.

3. I have reviewed the time entries provided by StudioIP that are attached as evidence to the Motion for Attorney Fees in this matter and conclude: (1) that the hourly rate is at or below the typical market rate for copyright litigation in Denver, Colorado, and (2) the time entries provided for the work completed are necessary and appropriate. I base this conclusion on the fact that these time entries reflect attorney billing rates of $300 or less, and that defense of this action for over 6 months required counsel to review and research the facts and law raised in the complaint, interview witnesses, prepare a counterclaim and answer, prepare and serve initial disclosures and related documents, review the initial disclosures and related documents of opposing counsel, prepare and respond to written discovery, prepare affidavits, collect and produce documents, review plaintiff's document production, take a deposition, and negotiate settlement terms.

I declare under penalty of perjury under the laws of the United States of America that the forgoing statements are true and correct.

Executed on August 12, 2019

Signed: _____

Printed Name:       Stephen J. Horace

Title:              Partner

Company:            Michael Best & Friedrich L.L.P.

Cell:               303-905-9783

Office:             720-745-4870

Email:              sjhorace@michaelbest.com