EXHIBIT D

Case No. 1:18-cv-02784-CMA-STV   Document 32-4   filed 08/12/19   USDC Colorado pg 1 of 17

Transcript of the Testimony of

**ANDREW COLWELL**
July 29, 2019

<u>Andrew Colwell</u>
<u>v</u>
<u>Eleven Creative Services, LLC</u>

## Carrie A. Arnold, RPR, CRR

*Carrie A. Arnold, RPR, CRR*
**Hansen and Company**
Registered Professional Reporters
1600 Broadway, Ste. 470
Denver, Colorado 80202
Phone 303-691-0202 * Fax 303-691-2444



Andrew Colwell                                            ANDREW COLWELL
Eleven Creative Services, LLC                             July 29, 2019

Page 15

 1     Q.   -- free of charge to you to enter; correct?
 2     A.   Journalists don't like to use the terms "free
 3   of charge" whenever we're given admission to things.
 4   We are given access, given free rein, given, as some
 5   organizers would say, the run of the place, in the
 6   course of doing our duty as journalists reporting the
 7   event, yes.
 8     Q.   And who grants you that access?
 9     A.   In this case, The Denver Post organized
10   everything that I was there to do, and I was simply
11   told to show up at the certain place and certain time
12   the event took place.  The Denver Post organized
13   everything, and I was just dispatched to go there.
14     Q.   Was there a member of The Denver Post
15   standing at the gate letting you into the event?
16     A.   There was not.
17     Q.   Who let you into the event?
18     A.   I do not recall the name of the individual
19   who greeted me.  I was told to come to the entrance and
20   introduce myself, and would be allowed to photograph
21   whatever I asked, whatever I wanted.
22     Q.   Is it fair to say an individual of whom you
23   cannot remember let you into the event?
24     A.   That was fair to say, yes.
25     Q.   And you did not pay for that entry?

Hansen & Company, Inc. Registered Professional Reporters
              (303) 691-0202 * (303) 691-2444

Andrew Colwell                                               ANDREW COLWELL
Eleven Creative Services, LLC                                July 29, 2019

Page 16

 1     A.   I did not pay for that entry.
 2     Q.   Were you given drink vouchers at the event?
 3     A.   I was not provided anything of that nature.
 4     Q.   Do you know who runs the Denver Mini Derby?
 5     A.   I know that Eleven Creative Services
 6   organizes it.  I do not know if they had onsite staff
 7   from the venue or if there was a private company that
 8   they contracted.  All I was told was to go to the
 9   welcome table and tell them who I was.
10     Q.   When you say "venue," you weren't sure if
11   they had other employees from the "venue"?  What do you
12   mean by "venue"?
13     A.   The venue was the place that the Denver Mini
14   Derby was hosted.  I believe the name of it is the
15   Stanley Marketplace, and I do know that that is a
16   private event venue that was -- that is operated by an
17   additional company that's not Eleven Creative.
18     Q.   Is that space open, like outdoors?
19     A.   It is partially open.  There is an outdoor
20   area.  There is also an indoor area.  And the event
21   took place in both parts.
22     Q.   Did you shake hands with anyone or meet
23   anyone upon entrance of the Denver Mini Derby?
24     A.   I can't recall how I specifically greeted
25   anybody that I met there, but usually I walk in with my

Electronically signed by Carrie Arnold (101-088-325-0179)                702aa96a-25cc-4931-a3f1-1120bce03c60

Andrew Colwell                                              ANDREW COLWELL
Eleven Creative Services, LLC                               July 29, 2019

Page 17

1  cameras and introduce myself and identify myself, as
2  with The Denver Post.  And if I need to, I present the
3  e-mail between the organizers of the event and The
4  Denver Post that was sent to me and state my purpose
5  and go about my business, when they either show me in
6  or -- yeah.
7       Q.   Did you bring any e-mail with you on that
8  particular day?
9       A.   I don't recall if I printed one out, but I
10 had it available on my phone just through e-mail, if
11 required.
12      Q.   Was it required that day?
13      A.   I do not recall.
14      Q.   Could you read request number 2 in the
15 document again regarding the admissions for me.
16      A.   Request number 2:  Admit that you took
17 photographs of the 2017 Denver Mini Derby, which is
18 organized and executed entirely by Eleven Creative.
19           The answer to request number 2:  Denied.
20      Q.   Why did you deny and not admit to that
21 question?
22      A.   I'm not sure how to answer that question.
23           MR. LIEBOWITZ:  Well, I would object.  I
24 think that, you know, Andy previously testified that he
25 wasn't sure if the event was entirely organized by

Hansen & Company, Inc. Registered Professional Reporters
              (303) 691-0202 * (303) 691-2444

Electronically signed by Carrie Arnold (101-088-325-0179)                    702aa96a-25cc-4931-a3f1-1120bce03c60

Andrew Colwell                                          ANDREW COLWELL
Eleven Creative Services, LLC                           July 29, 2019

Page 18

 1   Eleven Creative, so . . .
 2              MS. PELLANT:  What's the foundation of your
 3   objection?
 4              MR. LIEBOWITZ:  Well --
 5              MS. PELLANT:  You can only object based on
 6   privilege today.
 7              MR. LIEBOWITZ:  Well, you know, based off of
 8   Andy's previous, you know, statements today.  He stated
 9   that he wasn't aware that Eleven Creative -- that the
10   Denver Mini Derby was entirely organized by Eleven
11   Creative Designs [sic].
12              MS. PELLANT:  Are you testifying for your
13   client?
14              MR. LIEBOWITZ:  No.  I'm not testifying.  I'm
15   just saying that --
16              MS. PELLANT:  Well, I'm allowed to ask him
17   what -- these are supposed to be his answers; right?
18              MR. LIEBOWITZ:  Okay.
19       Q.    (BY MS. PELLANT)  So I'm asking you -- this
20   is your response to the question.  I'm asking you why
21   you would have denied that, and your attorney jumped in
22   and basically answered why you would have denied that.
23   Can you tell me in your own words why you would have
24   denied that question?
25       A.    I can.  My concern with the question, and my

Hansen & Company, Inc. Registered Professional Reporters
          (303) 691-0202 * (303) 691-2444

Page 19

1   answer as I answered, was that I did not know all
2   parties who were involved in the event itself.  I
3   know -- and the "entirely" part is why I answered the
4   way that I did in this question.
5            I'm simply told to go and photograph events,
6   and I'm not told specifically or explicitly who all of
7   the or sole organizers may or may not be.  So I do not
8   know -- I could not answer affirmatively that it was --
9   that the event was organized entirely by Eleven
10  Creative.
11      Q.   But at this time you do admit that you took
12  photographs of the 2017 Denver Mini Derby?
13      A.   I do admit that I photographed at that event.
14      Q.   Thank you.
15      A.   But I do not -- did not and am not aware of
16  Eleven Creative being the entire organizing entity.
17      Q.   Understood.  Can you please read request
18  number 3.
19      A.   Request number 3:  Admit that you did not
20  communicate with Eleven Creative or Patrick Culligan
21  after May 6, 2017.
22           Answer to request number 3:  Denied.
23      Q.   Why did you deny that question?
24      A.   I do not know the last name of anybody from
25  Eleven Creative.  I was contacted by a phone number I

Andrew Colwell                                          ANDREW COLWELL
Eleven Creative Services, LLC                           July 29, 2019

Page 20

1   didn't recognize later -- late last year, 2018, and did
2   not know who Patrick Culligan was, simply introduced as
3   Patrick, to the best of my knowledge.  I've never
4   spoken, as best I can recall, with Eleven Creative or
5   anybody by that name who I remember being introduced to
6   by that name.
7       Q.   Okay.  So the question asks -- if I may just
8   repeat it -- Admit that you did not communicate with
9   Eleven Creative or Patrick Culligan after May 6, 2017.
10  And you have denied that instead of admitting that, but
11  it sounds like, your testimony today, you're saying
12  that you did not communicate with Eleven Creative.
13      A.   I don't recall explicitly being told on that
14  phone call who it was who was calling, for whom they
15  worked.  I receive a bunch of phone calls very
16  frequently.  And I received a phone call from a
17  Patrick, but I did not register or recognize what the
18  conversation was about, to the best of my knowledge.
19      Q.   So do you believe that you did communicate
20  with either Patrick or Eleven Creative since the event?
21      A.   I have been informed that I have, yes.
22      Q.   Okay.  And "been informed" that you have, can
23  you clarify that for me.
24      A.   Well, I realized in follow-up text messages
25  that I received from that same number that this was

Hansen & Company, Inc. Registered Professional Reporters
(303) 691-0202 * (303) 691-2444

Andrew Colwell                                              ANDREW COLWELL
Eleven Creative Services, LLC                               July 29, 2019

Page 21

1   regarding this case here.
2       Q.   Which led you to believe that it's Patrick
3   Culligan?
4       A.   And I reached out to my counsel --
5       Q.   Okay.
6       A.   -- with those text messages, and was
7   confirmed that that was who I was speaking with.  I've
8   never met in person anybody that I can remember
9   explicitly from Eleven Creative or Patrick Culligan
10  after May 6th of 2017.
11      Q.   Okay.  Can you read for me request number 4.
12      A.   Admit that you represented yourself as a
13  photographer for The Denver Post to representatives of
14  Eleven Creative, including Patrick Culligan.
15           Answer to request number 4:  Denied.
16      Q.   I think by now you probably know what I'm
17  going to ask.  But why did you deny that question?
18      A.   Again, I don't know, and I was not aware of,
19  who Eleven Creative was or who Patrick Culligan was
20  when I arrived at this event.
21      Q.   Did you not understand, when you went to the
22  event, that Eleven Creative was a part of the Denver
23  Mini Derby?
24      A.   I was told in the press release that this was
25  an event, and the contact information mentioned -- and

Hansen & Company, Inc. Registered Professional Reporters
(303) 691-0202 * (303) 691-2444

Page 22

 1   I don't remember the person's name -- an event company,
 2   like Eleven Creative, but I do not know -- and the
 3   reason I answered "denied" was because I don't know who
 4   I met.  I don't remember who that was.
 5              And when I photograph at events, I introduce
 6   myself as "Andy, the photographer from The Denver
 7   Post."  I was given access, anything I need to know.
 8   And I don't ever receive -- remember -- I don't
 9   remember receiving a business card or anything of that
10   sort that explicitly said I was speaking with a
11   representative from Eleven Creative.
12       Q.   Okay.  You have said several times that you
13   don't recall anything about your interaction when you
14   arrived at the 2017 Denver Mini Derby.  Is it fair to
15   say, then, that you would not recall any conversations
16   that you had with anyone upon your entrance to the
17   Denver Mini Derby?
18       A.   I don't recall anything out of the ordinary.
19   I photograph many events of this nature, and frequently
20   the interactions are limited to who I am, why I'm
21   there.  If anybody ever asks for copies of pictures,
22   that's an unusual request, and that's usually followed
23   by me asking for anything in an e-mail form about how
24   they might need pictures.
25              I don't remember specific details about

Andrew Colwell                                                ANDREW COLWELL
Eleven Creative Services, LLC                                 July 29, 2019

Page 23

1  specific conversations that I had because there was
2  nothing out of the ordinary at these -- at this event
3  specifically.
4      Q.   So you don't recall anything about any
5  interaction about how you entered the event, but you
6  recall specifically that you would not have discussed
7  copies of photographs?
8      A.   That would have been an unusual request for
9  me to have received that occasionally occurs.  I do
10 remember arriving at the event, stating my purpose,
11 being allowed into the event, and that is all that I
12 remember explicitly saying, myself.
13     Q.   Thank you.  Had you heard of Eleven Creative
14 before attending the Denver Mini Derby?
15     A.   I had not.
16     Q.   Have you heard of them since?
17     A.   I have.
18     Q.   Have you heard of them outside of the subject
19 of this case?
20     A.   I have not.
21          MS. PELLANT:  I think I'd like to take a
22 break so that we can see if we have our document.
23          (Recess taken from 9:40 a.m. to 9:54 a.m.)
24     Q.   (BY MS. PELLANT)  We were talking about the
25 2017 Denver Mini Derby and your attendance there as a

Hansen & Company, Inc. Registered Professional Reporters
(303) 691-0202 * (303) 691-2444

Page 24

```
 1   photographer.  How long were you at the Denver Mini
 2   Derby that day?
 3       A.   I don't remember a specific hour, time.  I
 4   don't remember anything out of the ordinary.  I do
 5   remember that I was there for at least an hour, but I
 6   believe maybe two or three, based on typical afternoon
 7   deadlines at The Denver Post that would have required
 8   my pictures being sent in.
 9       Q.   Okay.  So roughly between one to three hours
10   you guess you were at the event?
11       A.   I believe.  It may have been four.  I don't
12   recall a specific amount of time.
13       Q.   Okay.  Longer than 15 minutes?
14       A.   Correct.
15       Q.   Okay.
16            (Deposition Exhibit A was marked.)
17       Q.   (BY MS. PELLANT)  What did you take photos of
18   while you were there?
19       A.   I photographed attendees, I photographed the
20   people watching the actual race, the derby itself.
21   Photographed some of the ancillary activities that
22   occurred.  There were miniature horses that were being
23   raced around a paddock.  People's hats, the drinks that
24   were -- that people were holding.  I believe I sent 20
25   images to The Denver Post of various things.
```

Andrew Colwell                                              ANDREW COLWELL
Eleven Creative Services, LLC                               July 29, 2019

Page 25

```
 1        Q.   Okay.  Did anyone sort of give you a tour of
 2   the location, what was in what areas during the derby?
 3        A.   I do not remember.  I do not believe so.  If
 4   it was -- if there was any tour, it would have just
 5   probably been a, Here's where the show -- the race will
 6   be shown, over here's this, drinks are over there.  But
 7   I don't recall being walked around, walked through.
 8             I don't seek that usually because I like to
 9   kind of go into things with open eyes and not be told
10   what to shoot, so to speak.  My goal is to be there to
11   document.  I don't remember that I was given any
12   specific tour.
13        Q.   How big is the Denver Mini Derby?
14        A.   I'm not sure I know what you mean.  In terms
15   of attendance?  In terms of space?
16        Q.   Space.
17        A.   I know that it was outside on this patio at
18   the Stanley Marketplace, is the name of the venue.
19   Also inside the airplane hangar that they use, which is
20   where the race was shown.  And then I think there was a
21   grassy area outside.  I -- maybe a hundred yards --
22   80 yards long and -- I don't remember the specifics.
23        Q.   Sounds fairly large.
24        A.   A big area, yes.  Yeah.  And I arrived before
25   most of the crowds were there, so I just kind of
```

Hansen & Company, Inc. Registered Professional Reporters
(303) 691-0202 * (303) 691-2444

Andrew Colwell                                           ANDREW COLWELL
Eleven Creative Services, LLC                            July 29, 2019

```
Page 26
 1   wandered for a while and got the lay of the land.
 2        Q.   Okay.  Is there a stage there?
 3        A.   Yes.  They set one up there.  I don't know if
 4   that always exists there, but there was a raised area.
 5        Q.   Okay.  Do you remember what the person looked
 6   like that you -- male or female -- that let you into
 7   the event?
 8        A.   I don't.  I couldn't pick them out of a
 9   lineup.  I believe I was greeted by several people who
10   were registering.  I think there were wristbands maybe
11   that everybody had to have because it was an over-21
12   event.  I do not remember who would have greeted me,
13   though.
14        Q.   I'm handing you what's been marked as
15   Exhibit A.
16             MR. LIEBOWITZ:  Just for the record, this is
17   the first time that we're receiving this document.
18             MS. PELLANT:  For the record, you received it
19   early this morning as soon as we received it, at the
20   very same time.
21             MR. LIEBOWITZ:  So I want to say this
22   document was received on July 29th, 2019, the morning
23   of the deposition here today.
24             MS. PELLANT:  So --
25             MR. LIEBOWITZ:  And just for the record, yes,
```

Hansen & Company, Inc. Registered Professional Reporters
              (303) 691-0202 * (303) 691-2444

Andrew Colwell                                           ANDREW COLWELL
Eleven Creative Services, LLC                            July 29, 2019

Page 29

 1   (including death) or economic loss I may suffer or
 2   which may result from my entering the event."
 3        Q.   And at the bottom of the page it says "Signed
 4   By."
 5        A.   It says, "Signed By:  Andrew J. Colwell."
 6        Q.   Do you remember signing this upon entry to
 7   the Denver Mini Derby?
 8        A.   I don't remember specifically signing it.
 9   Sometimes we're given these as part of our entry.
10   Usually they are accompanied by an explanation that
11   they are for -- if we're appearing in any images or
12   anything, that we release that, but that if there's
13   any -- yeah -- this sometimes occurred, yes.
14        Q.   Okay.  Is that your signature at the bottom
15   of the document?
16        A.   I believe it is, yes.
17             (Deposition Exhibit B was marked.)
18        Q.   (BY MS. PELLANT)  I'm going to hand you
19   what's been marked as Exhibit B.  It's confusing
20   because the first page of the exhibit says "EXHIBIT D."
21   It is Exhibit D to the complaint that was filed against
22   Eleven Creative Services on your behalf.
23        A.   Okay.
24        Q.   If you could flip through Exhibit B for me.
25        A.   Okay.

Hansen & Company, Inc. Registered Professional Reporters
             (303) 691-0202 * (303) 691-2444

Andrew Colwell                                                ANDREW COLWELL
Eleven Creative Services, LLC                                 July 29, 2019

Page 30

```
 1      Q.   Can you please tell me what that image is.
 2      A.   This is a photograph of two women dancing at
 3   the event that I made at the event.
 4      Q.   By "made," you mean you took that photograph?
 5      A.   I photographed that.
 6      Q.   Okay.  Continue.
 7      A.   This is another image of a stage area at the
 8   event.  It was of a hat competition that was also
 9   photographed by me.
10      Q.   Okay.
11      A.   Keep going?
12      Q.   Yes, please.
13      A.   Okay.  You want me to describe what I'm
14   seeing or just keep flipping through?
15      Q.   Do you recognize this image?
16      A.   I don't.
17      Q.   Okay.
18      A.   For many of these events, The Denver Post
19   signs up me for the event or circumvents this and goes
20   straight to the organizer and just responds to their
21   press release that they received.
22      Q.   Okay.  But those first two pages are the
23   photographs that you took at the Denver Mini Derby?
24      A.   Yes.  I made the pictures at the event.
25      Q.   Okay.  Can you describe what you see in the
```

Hansen & Company, Inc. Registered Professional Reporters
(303) 691-0202 * (303) 691-2444

Electronically signed by Carrie Arnold (101-088-325-0179)                     702aa96a-25cc-4931-a3f1-1120bce03c60

Andrew Colwell                                    ANDREW COLWELL
Eleven Creative Services, LLC                     July 29, 2019

Page 31

 1   second picture.
 2        A.   I see a crowd of people.  I see the Stanley
 3   Marketplace hangar, I think is what they call it.  I
 4   see people wearing hats.  I'm not sure what else
 5   you're --
 6        Q.   Do you know what was going on at the time of
 7   that photograph?
 8        A.   I think it was a hat competition.  I think it
 9   was people competing with their derby hats.
10        Q.   Do you know if you had to get special
11   permission to be in that position to take that picture?
12        A.   I don't ever recall asking specific
13   permission.  I think I was allowed onto the stage
14   with -- there were other photographers who were there,
15   and we were shown steps, I guess, probably.  I don't
16   ever -- I don't remember requesting specific access to
17   it.
18        Q.   But it's possible that someone had to grant
19   you access and take you up there to take that
20   photograph?
21        A.   It's not out of the realm of possibility.  I
22   don't remember asking or, you know, specific permission
23   to do that.
24        Q.   Okay.  Did anyone other than The Denver Post
25   pay you to use these photographs?

Hansen & Company, Inc. Registered Professional Reporters
             (303) 691-0202 * (303) 691-2444