EXHIBIT E

Case No. 1:18-cv-02784-CMA-STV   Document 32-5   filed 08/12/19   USDC Colorado   pg 1 of 4

Transcript of the Testimony of

# PATRICK E. CULLIGAN, JR.
July 29, 2019

<u>Andrew Colwell</u>
<u>v</u>
<u>Eleven Creative Services, LLC</u>

## Carrie A. Arnold, RPR, CRR

*Carrie A. Arnold, RPR, CRR*
**Hansen and Company**
Registered Professional Reporters
1600 Broadway, Ste. 470
Denver, Colorado 80202
Phone 303-691-0202 * Fax 303-691-2444



CELEBRATING 20 YEARS
Of Court Reporting In Colorado

Hansen & Company, Inc.
*Serving Colorado's Legal Community*

Andrew Colwell                              PATRICK E. CULLIGAN, JR.
Eleven Creative Services, LLC                         July 29, 2019

```
Page 18
 1   this, that has a ticket?
 2        A.   If it is someone coming up to that we do not
 3   know, they will have to sign it --
 4        Q.   Okay.
 5        A.   -- if they want access to the event.
 6        Q.   When did you find this document?
 7        A.   I always knew it existed.
 8        Q.   But when did you first find it?
 9        A.   In what regards?
10        Q.   I'm talking about when did you first see --
11        A.   I watched Andrew sign it.
12        Q.   I'm talking about when did you first
13   physically, you know, find a copy of this to produce in
14   the litigation?
15        A.   This is not a copy.  This is the document
16   that he signed.
17        Q.   Okay.  So when did you first get this
18   document to produce in this litigation?
19        A.   I watched it be created by Andrew.  He signed
20   it at the 2017 Mini Derby.
21        Q.   No, but what I'm trying to understand is,
22   when did you first get this document to produce during
23   the course of this litigation?
24        A.   I've always known that it existed, so . . .
25        Q.   But it wasn't produced early on in this
```

Hansen & Company, Inc. Registered Professional Reporters
               (303) 691-0202 * (303) 691-2444

Andrew Colwell                                          PATRICK E. CULLIGAN, JR.
Eleven Creative Services, LLC                                     July 29, 2019

```
                                                             Page 19
 1    litigation; correct?
 2         A.    I told you in December when you and I talked
 3    on the phone that it existed.
 4         Q.    But do you know why it was not produced?
 5         A.    Because it was in Tennessee.
 6         Q.    Okay.  So when did you go to Tennessee?
 7         A.    When did I go there?
 8         Q.    Yeah, to --
 9         A.    No.  I had this FedExed here.
10         Q.    Okay.  And when did you have it FedExed?
11         A.    This weekend.
12         Q.    And when did you physically get it?
13         A.    This morning.
14         Q.    Okay.  And you gave this document to your
15    lawyers this morning?
16         A.    Um-hum.
17         Q.    Okay.  And this document was produced to us
18    this morning; correct?
19         A.    I believe that's correct.
20         Q.    Okay.
21         A.    But, for the record, I told you it existed
22    over and over and over.  You knew this existed.
23         Q.    Now, I'll just turn your attention to this
24    paragraph of this agreement:  "Use of Images and Data:
25                "By entering the event, I grant permission to
```

Hansen & Company, Inc. Registered Professional Reporters
(303) 691-0202 * (303) 691-2444