**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO (Denver)**

| | |
|---|---|
| ANDREW COLWELL<br><br>                       Plaintiff,<br><br>- against –<br><br>ELEVEN CREATIVE SERVICES<br><br>                       Defendant. | 1:18-cv-02784-CMA-STV<br><br>ECF Case |

## NOTICE OF APPEARANCE

NOTICE is hereby given that Richard Liebowitz is entering his appearance as counsel for Plaintiff Andrew Colwell, for the purpose of serving as lead counsel. The Clerk should note that the Biennial 2018 fee has been remitted in full

Respectfully submitted this 27th day of November, 2019.

                                                    **s/richardliebowitz/**
                                                    Richard Liebowitz (RL-1234)
                                                    rl@liebowitzlawfirm.com

                                                    LIEBOWITZ LAW FIRM, PLLC
                                                    11 Sunrise Plaza, Suite 305 Valley Stream, NY 11580
                                                    (516) 233-1660