# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-2784-CMA-STV

ANDREW COLWELL,

    Plaintiff,

v.

ELEVEN CREATIVE SERVICES LLC,

    Defendant.

---

## JOINT STATUS REPORT

---

Pursuant to the Court's October 29, 2019 Order [ECF No. 41], as well as the Court's subsequent Minute Order [ECF No. 44], the parties, through undersigned counsel, hereby submit this Joint Status Report, and state as follows:

### Status

Defendant Eleven Creative Services, LLC ("11Creative") is preparing to file an appeal to the United States Court of Appeals for the 10th Circuit from this Court's Order Denying Defendant's Motion for Award of Attorney's Fees and Costs [ECF No. 43]. In the interest of judicial economy and the Court's valuable time, the parties respectfully request that the continuance of the Final Pretrial Conference be maintained pending the Appellate Court's decision on 11Creative's appeal. It is a possibility that 11Creative will dismiss its counterclaims against the Plaintiff upon receiving the Court's decision, thus terminating the above captioned action and

rendering the need for a Final Pretrial Conference in this case moot.

Respectfully submitted this 14th day of February 2020.

                                          s/ Matthew Charles Williamson
                                          ***Jessie Laura Pellant***
                                          ***Matthew Charles Williamson***
                                          StudioIP Law
                                          600 Seventeenth Street, Suite 2800
                                          Denver, CO 80202
                                          Telephone: (720) 443-1773
                                          E-mail: mwilliamson@studioiplaw.com
                                                         jpellant@studioiplaw.com
                                          Attorneys for Defendant Eleven Creative
                                          Services, LLC.


                                          s/ Richard Liebowitz
                                          ***Richard Liebowitz, Esq.***
                                          Leibowitz Law Firm, PLLC
                                          11 Sunlight Plaza, Suite 305
                                          Valley Stream, NY 11580
                                          Telephone: (516) 233-1660
                                          E-mail: RL@LiebowitzLawFirm.com
                                          Attorney for Plaintiff Andrew Colwell

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February 2020, I electronically filed the foregoing JOINT STATUS REPORT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys for all parties.

        s/ Matthew Charles Williamson
        ***Jessie Laura Pellant***
        ***Matthew Charles Williamson***
        StudioIP Law
        600 Seventeenth Street, Suite 2800
        Denver, CO 80202
        Telephone: (720) 443-1773
        E-mail: mwilliamson@studioiplaw.com
                jpellant@studioiplaw.com
        Attorneys for Defendant Eleven Creative Services, LLC.