# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-2784-CMA-STV

ANDREW COLWELL,

    Plaintiff / Counter - Defendant,

v.

ELEVEN CREATIVE SERVICES LLC,

    Defendant / Counterclaimant.

---

## STIPULATION OF DISMISSAL OF COUNTERCLAIMS WITH PREJUDICE

---

    WHEREAS, Defendant/Counterclaimant Eleven Creative Services LLC ("Defendant") asserted counterclaims against Plaintiff/Counter Defendant ("Plaintiff") for bringing a Frivolous Lawsuit (Counterclaim I) and False Representation in violation of 17 U.S.C. § 506(e) (Counterclaim II) [Dkt. #24] (collectively, "Defendant's Counterclaims");

    WHEREAS, Plaintiff's asserted claims of copyright infringement and violation of section 1202(b) of the Digital Millennium Copyright Act (collectively, "Plaintiff's Claims") have been voluntarily dismissed by Plaintiff with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. #'s 30, 31);

    WHEREAS, Defendant seeks to voluntarily dismiss Defendant's Counterclaims with prejudice;

    IT IS HEREBY STIPULATED AND AGREED, by and among Defendant and

Plaintiff, through their undersigned attorneys, that Defendant's Counterclaims are hereby dismissed with prejudice pursuant to Rules 41 of the Federal Rules of Civil Procedure.

Respectfully submitted this 12th day of March 2020.

        s/ Matthew Charles Williamson
*Jessie Laura Pellant*
*Matthew Charles Williamson*
StudioIP Law
600 Seventeenth Street, Suite 2800
Denver, CO 80202
Telephone: (720) 443-1773
E-mail: mwilliamson@studioiplaw.com
       jpellant@studioiplaw.com
Attorneys for Defendant Eleven Creative Services, LLC.

        s/ Richard Liebowitz
*Richard Liebowitz, Esq.*
Leibowitz Law Firm, PLLC
11 Sunlight Plaza, Suite 305
Valley Stream, NY 11580
Telephone: (516) 233-1660
E-mail: RL@LiebowitzLawFirm.com
Attorney for Plaintiff Andrew Colwell

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March 2020, I electronically filed the foregoing JOINT STATUS REPORT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys for all parties.

                                          s/ Matthew Charles Williamson
                                          ***Jessie Laura Pellant***
                                          ***Matthew Charles Williamson***
                                          StudioIP Law
                                          600 Seventeenth Street, Suite 2800
                                          Denver, CO 80202
                                          Telephone: (720) 443-1773
                                          E-mail: mwilliamson@studioiplaw.com
                                                       jpellant@studioiplaw.com
                                          Attorneys for Defendant Eleven Creative Services, LLC.